**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6909**

---

CHARLES BRENT,

Plaintiff - Appellant,

versus

ROBERT KUPEC, Warden, Individually and in
Official Capacity; PAUL HANDY, Administrative
Judge; CALVIN WILSON, Hearing Officer;
COUNSELOR COOPER, Classification Counselor,
Individually and in Official Capacity; R.
DRYDEN, Security Chief, Individually and in
Official Capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-04-1-3746)

---

Submitted:  November 30, 2005      Decided:  December 16, 2005

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Brent, Appellant Pro Se.  David Phelps Kennedy, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Brent appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Brent v. Kupec</u>, No. CA-04-1-3746 (D. Md. May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>